# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147111(54)

CHRISTOPHER LEE DUNCAN, BILLY JOE
BURR, JR., STEVEN CONNOR, ANTONIO
TAYLOR, JOSE DAVILA, JENNIFER
O'SULLIVAN, CHRISTOPHER MANIES, and
BRIAN SECREST,

      Plaintiffs-Appellees,

v

STATE OF MICHIGAN and GOVERNOR OF
MICHIGAN,

      Defendants-Appellants.

_____/

SC: 147111
COA: 307790
Ingham CC: 07-000242-CZ

On order of the Chief Justice, the stipulation of the parties, through their respective counsel, to dismiss the application for leave to appeal without costs is GRANTED. The appeal is DISMISSED with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2013



Clerk